```
                                    F I L E D
                               CLERK, U.S. DISTRICT COURT

                                     9/8/2023

                               CENTRAL DISTRICT OF CALIFORNIA
                               BY:        RAM        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARACELY CONNIE BARBERI, <br><br> Defendant. | Case No.: 5:23-MJ-00428 <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  SOUTHERN  District of  CALIFORNIA  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (×) information in the Pretrial Services Report and Recommendation

    (×) information in the violation petition and report(s)

    (×) the defendant's nonobjection to detention at this time

    ( ) other: _____

1         and/ or

2 B. ( )    The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the safety
4         of any other person or the community if released under 18 U.S.C.
5         § 3142(b) or (c).  This finding is based on the following:
6         ( )    information in the Pretrial Services Report and Recommendation
7         ( )    information in the violation petition and report(s)
8         ( )    the defendant's nonobjection to detention at this time
9         ( )    other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: 9/8/2023

                              KENLY KYA KATO
15                          UNITED STATES MAGISTRATE JUDGE